# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA;** | |
| **Plaintiff,** | **4:24CV3161** |
| vs. | |
| **DANNY V. DOWDING,** | **ORDER TO SHOW CAUSE** |
| **Defendant.** | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on September 6, 2024. (Filing No. 1). On December 4, 2024, Plaintiff filed summons returns purporting to show the defendant was personally served at his usual place of abode on November 12, 2024. (Filing No. 6). On December 30, 2024, Plaintiff filed a motion for clerk's entry of default under Rule 55(a) of the Federal Rules of Civil Procedure (Filing No. 7; Filing No. 8) and the Clerk of Court entered default against the defendant on the same date (Filing No. 9). However, since that date Plaintiff has taken no further action in this case. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules, see NECivR 55.1(c); Fed. R. Civ. P. 55(b), voluntarily dismiss this case, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute or this action will be dismissed. Accordingly,

**IT IS ORDERED:** On or before **May 1, 2025**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 3rd day of April 3, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge